UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ADMINISTRATIVE INSPECTIONS OF
MEDICAL CLINICS OPERATED BY:

Jesse J. Van Bommel, M.D.
13760 W. Capitol Drive
Brookfield, WI 53005

Misc. No. 19-M-003
19-M-004

Jesse J. Van Bommel, M.D.
N51W16911 Old Hickory Road
Menomonee Falls, WI 53051

## ADMINISTRATIVE INSPECTION WARRANT

To:   Laurie Kaufmann and any other authorized employee of the Drug Enforcement Administration of the United States Department of Justice:

An application for an administrative inspection warrant has been made and probable cause as defined by Title 21, United States Code (U.S.C.), Sections 880(d)(1), 880(b)(3)(A), 880(b)(3)(B) and 880(b)(3)(C) has been shown by the affidavit of Diversion Investigator Laurie Kaufmann of the Drug Enforcement Administration ("DEA"), for an inspection of the controlled premises of Jesse J. Van Bommel, M.D. at two locations: 13760 W. Capitol Drive, Brookfield, Wisconsin and N51W16911 Old Hickory Road, Menominee Falls, Wisconsin.

The Application for Administrative Inspection Warrant is based upon a valid public interest in the effective enforcement of Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970, based on the facts and circumstances set forth in the warrant application, and because there is no record of any inspection of this registrant's controlled premises, as defined by 21 U.S.C. § 880, and because periodic inspections are in the interest of the health and safety of the public and the proper administration of the Act. For these reasons, such an inspection is appropriate pursuant to 21 U.S.C. §880.

Therefore, pursuant to 21 U.S.C. §880, you are hereby authorized to enter the above-described controlled premises during ordinary business hours and inspect it in a reasonable manner, and to a reasonable extent, including all controlled substances on the premises, records, files, reports, prescriptions, official order forms, and documents required to be made, kept, and maintained under the provisions of the Controlled Substances Act ("CSA").

You are hereby further authorized to seize from the above-described controlled premises such records, reports, documents, prescriptions, files, and inventories as are appropriate to the effective accomplishment of the inspection and for the purpose of verifying their correctness or that are used or intended to be used in violation of the CSA. You are hereby authorized to seize from the above-described controlled premises any controlled substances not legally obtained.

You are hereby further authorized to inspect, within reasonable limits and in a reasonable manner, all records, files, and papers appropriate for verification of the records, reports, and documents required to be kept as set forth in 21 U.S.C. §880(b)(3)(A) or otherwise bearing on the provisions of 21 U.S.C. §§801 through 904, and Title 21, Code of Federal Regulation (C.F.R.), Sections 1300 through 1308.

The authority to inspect and seize the items and information described above extends to electronically stored or maintained records, documents, and prescriptions.

Unless the registrant consents in writing, the inspection shall not extend to financial data, sales data other than shipment data, or pricing data.

A prompt return shall be made by the inspecting officers to the undersigned magistrate judge, showing that the inspection has been completed and accounting for all property seized pursuant to this warrant, not later than ten days from the issuance of this warrant.

Dated: Jan. 10, 2019

Honorable David E. Jones
United States Magistrate Judge
United States District Court for the
Eastern District of Wisconsin

2

# **RETURN**

Laurie Kaufmann, Diversion Investigator, Milwaukee District Office, Drug Enforcement Administration (DEA), received an Administrative Inspection Warrant (AIW), 19-M-004, on January 10, 2019. A copy of the Warrant is attached to this return.

On January 14, 2019, at approximately 9:30 a.m., Diversion Investigator Kaufmann served the Administrative Inspection Warrant at 13760 W. Capitol Drive, Brookfield, Wisconsin, a premise described in the Warrant. The original copy of the warrant was left with Jesse J. Van Bommel, M.D. The Investigators did not go to the Menomonee Falls location also listed in the AIW.

During the course of the AIW, records were reviewed and interviews were conducted. The following items were obtained from the abovementioned location:

- 19 patient files (see attached DEA receipt for itemized list)
- 2 appointment books, 2017-2018 and 2018-2019

Laurie Kaufmann
Diversion Investigator
Drug Enforcement Administration

Subscribed and sworn to and returned before me this 16th day of January, 2019.

Honorable David E. Jones
United States Magistrate Judge
United States District Court for the
Eastern District of Wisconsin

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
Jesse Jacob Van Bommel
W Capital Drive - 13760
Brookfield, WI

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE:** 01.14.2019

**DIVISION/DISTRICT OFFICE**
Milwaukee District Office (MDO)

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 (contains 5 folded paper) | Torean Adams patient file | |
| 1 " " " | Tracey Beavers " " | |
| 1 " " " | Shaun Carmody " " | |
| 1 (" 7 ") | Roderick Crape " " | |
| 1 ("5") | Don Greer " " | |
| 1 ("5") | James Hoyt " " | |
| 1 ("5") | James Powell " " | |
| 1 ("5") | Shelia Smith " " | |
| 1 ("5") | Deborah King " " | |
| 1 folder/file | Andrew Fleming " " | |
| 1 "/" | Christopher Koehn " " | |
| 1 "/" | Donna Koehn " " | |
| 1 "/" | Mark Semmann " " | |
| 1 "/" | Chandra Loper " " | |
| 1 "/" | Barbara Jochims " " | |
| 1 "/" | Vincent Johnson " " | |

**RECEIVED BY (Signature):** Amber Davis
**NAME AND TITLE (Print or Type):** Amber Davis, Diversion Investigator

**WITNESSED BY (Signature):** Elizabeth Newsom
**NAME AND TITLE (Print or Type):** Elizabeth Newsom, Intelligence Analyst

FORM DEA-12 (8-02) Previous editions obsolete                     Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
Jesse Jacob VAN BOMMEL
13760 W Capital Dr.
Brookfield, WI

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 01-14-2019

**DIVISION/DISTRICT OFFICE**
Milwaukee District Office (MDO)

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 folder/file | Mark Semmann (paper patient file) | |
| 1 folder/file | Shirley Scarborough (" " ") | |
| 1 " " | Earl Minley* (" " ") *(narcotic treatment only) | |
| 1 | 2017/2018 Schedule Book | |
| 1 | 2018-2019 Schedule Book | |
| | nothing below | |

**RECEIVED BY (Signature):** Amber Davis
**NAME AND TITLE (Print or Type):** Amber Davis, Diversion Investigator

**WITNESSED BY (Signature):** Elizabeth Newson
**NAME AND TITLE (Print or Type):** Elizabeth Newson, Intelligence Analyst

FORM DEA-12 (8-02) Previous editions obsolete          Electronic Form Version Designed in JetForm 5.2 Version